Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ 85741
Telephone (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| GEORGE KILMER | ) | CASE NO.: 08-05871-PL-EWH |
| SUZANNE KILMER | ) | |
| | ) | **TRUSTEE'S NOTICE OF** |
| | ) | **COMPLETED PLAN** |
| | ) | |
| DEBTORS | ) | |

    The Trustee's Office has verified that the Debtors in the above referenced Bankruptcy have made all plan payments and have complied with all requirements as stated in the Stipulated Order Confirming the Chapter 13 Plan.

    The Trustee's Final Report and Account will be submitted as soon as all payments made to creditors on behalf of the Debtors in the above referenced case have been accounted for and no outstanding payments or issues remain. The case will remain open pending receipt of the Trustee's Final Report and Account.

Dated: July 10, 2013                         /s/ Dianne C. Kerns 011557
                                                                   Dianne C. Kerns, Esq.
                                                                   Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy
Court and mailed this 7/10/2013 to:

| | |
|---|---|
| GEORGE KILMER | RONALD RYAN |
| SUZANNE KILMER | RONALD RYAN PC |
| 1898 S CALLE DEL MARCO | 1413 E HEDRICK DR |
| CASA GRANDE, AZ 85294 | TUCSON, AZ 85719-2633 |

By Andrea Hopkins